# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Warren D Shaw

V.

R.J. Donovan Correctional Facility and Dennis Morris

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09CV2852-BTM(BLM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff failed to file any response to the Court's order to show cause. Accordingly, the case is dismissed without prejudice.

| February 1, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ E Silvas
(By) Deputy Clerk

ENTERED ON February 1, 2012